Robert G. Elbert, Suing on Behalf of Himself and All Other Owners of Real Property in the Village of North Hills, Appellant, v. Village of North Hills, Henry M. Minton, as Mayor of the Village of North Hills, and Joseph P. Grace and Others, as the Board of Trustees of the Village of North Hills, Respondents.— Motion for an extension of defendants' time to answer granted and defendants' time extended until June 30, 1941. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Mabel S. Freeman, as Administratrix with the Will Annexed, etc., of Elbridge H. White, Deceased, Appellant, v. The Mutual Life Insurance Company of New York, Respondent.— Motion to resettle or amend order granted to the extent of resettling the order by changing the date thereof from May 5, 1941, to May 20, 1941. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of Frederick A. Wiehl, an Attorney.— Resignation of Frederick A. Wiehl as an attorney and counselor at law accepted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Loufan Trading Corporation, Respondent, v. Turbine Realty Co., Inc., and Others, Defendants, and Henry Pearlman, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Irene Stevens, Appellant, v. Bridge Auto Renting Corporation and Frank McCann, Respondents.— Order denying plaintiff's motion for a preference in the trial of a tort action reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs, and the case set down for trial five days after the entry of the order hereon. It is the established rule that where a person is on relief and, therefore, a public charge, such person is entitled to a preference in the trial of a tort action on the ground of destitution. (*Auchello* v. *Brooklyn Bus Corp.*, 257 App. Div. 857, and cases cited therein.) The denial of the motion was an improvident exercise of discretion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.